AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| LEAD LOGICS LLC, a Delaware limited liability company, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 8:24-cv-02766-JWH (ADSx) |
| ROSA BIANCA LOLI, an individual; (See Attachment #1) | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Keneth Hu, an individual
115 Del Mar Ave., Apt. 3
Costa Mesa, CA 92627

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Litvak Law Group, P.C.
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/8/25                                     _____
                                                  *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LEAD LOGICS LLC v. ROSA BIANCA LOLI, et al.
8:24-cv-02766-JWH-ADS

ATTACHMENT #1 TO SUMMONS

**AS TO CAPTION FOR DEFENDANT(S):**

ROSA BIANCA LOLI, an individual; KENETH HU, an individual; KIM LONG LE, an individual; TONY DIAB, an individual; BLK INNOVATIONS, LLC, a Wyoming limited liability company; JACKSON STAFFING, LLC, a Florida limited liability company; SUMMIT LAW PARTNERS, P.C., a California professional corporation; and DOES 1 through 20, inclusive,