Uri Litvak (SBN 277966)
ULitvak@LitvakLawGroup.com
Tom N. Yacko (SBN 310993)
TYacko@LitvakLawGroup.com
**LITVAK LAW GROUP, P.C.**
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660
Tel: (949) 477-4900
Fax: (949) 335-7113

*Attorneys for Plaintiff,* Lead Logics LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAD LOGICS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ROSA BIANCA LOLI, an individual; KENETH HU, an individual; KIM LONG LE, an individual; TONY DIAB, an individual; BLK INNOVATIONS, LLC, a Wyoming limited liability company; JACKSON STAFFING, LLC, a Florida limited liability company; SUMMIT LAW PARTNERS, P.C., a California professional corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 8:24-cv-02766-JWH-ADS<br>Case Filed: December 20, 2024<br><br>Assigned to: Hon. John W. Holcomb<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff LEAD LOGICS LLC, a Delaware limited liability company, hereby gives notice that this action is voluntarily dismissed *WITH PREJUDICE,* with each side to bear its own costs and fees.

///

---

1
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

1  Defendants have not served an answer or motion for summary judgement in
2  this action.
3
4  DATED: March 31, 2025                    **LITVAK LAW GROUP, P.C.**

By: _____
Uri Litvak, Esq.
Tom N. Yacko, Esq.
*Attorneys for Plaintiff,*
LEAD LOGICS LLC